Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALIYA HOLLOWAY, on behalf of herself and all others similarly situated, | Civil Case: 3:20-cv-09733-FLW-ZNQ |
| | **CIVIL ACTION** |
| Plaintiff(s), | |
| | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |
| -against- | |
| RESURGENT CAPITAL SERVICES, L.P.; CVI SGP-CO ACQUISITION TRUST and JOHN DOES 1-25, | |
| Defendant(s). | |

Please take notice that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff in the above captioned matter hereby voluntarily dismisses this action with prejudice. Defendant in the above captioned matter has not served an answer or a motion for summary judgment as of this time.

_/s Ben A. Kaplan_
Ben A. Kaplan, Esq.
CHULSKY KAPLAN LLC
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
ben@chulskykaplanlaw.com
Attorneys for Plaintiff

Dated: October 21, 2020

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.

_____
Freda L. Wolfson, U.S.C.D.J.   10/22/20